In the Matter of the Judicial Settlement of the Account of FREDERICK WILLIAM KOBBE, as Surviving Executor, and MARY CHICKERING NICHOLS, as Executrix of GEORGE L. NICHOLS, Deceased Executor, etc., of JANE E. ANDREWS, Deceased, Respondents. JANE E. DECKER and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ARCHIBALD S. GELLIS, an Attorney and Counselor at Law.— Motion to confirm report of official referee granted, respondent disbarred and his name ordered struck from the roll of attorneys. Respondent's indifference to his financial obligations to his clients and others, and his reckless utterance of checks on a bank account which did not exist, coupled with his censure by this court administered on April 7, 1930, because of violation of his duties as an officer of the court in handling moneys deposited with the court, require that he be disbarred. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Petition of WALTER J. LAWRENCE, Respondent, for the Determination of the Amount of Damages Sustained by Him by Reason of the Change of Grade of the Public Highway Known as the Boston Post Road, in the Village of Mamaroneck, Westchester County, New York, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Form of question to be certified on the settlement of the order. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ. [See ante, p. 772.]

In the Matter of AARON KAHAN, an Attorney and Counselor at Law.— Motion for reinstatement granted. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.